UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------- X

JACKIE MIZRAHI,                         Case No. 3:17-cv-03299-FLW-LHG

        Plaintiff,

    -against-

MACY'S, INC.

        Defendant.

------------------------------------------------- X

### STIPULATION AND CONSENT ORDER TO STAY ACTION PENDING ARBITRATION

THIS MATTER having come before the Court by the agreement and upon the joint application of the parties; and Plaintiff JACKIE MIZRAHI ("Plaintiff") and Defendant FDS BANK (incorrectly named as Macy's, Inc.) ("Defendant") having agreed, through their respective undersigned counsel, to enter into binding private arbitration of Plaintiff's claims against Defendant FDS Bank (incorrectly named as Macy's, Inc.) with the American Arbitration Association ("AAA"); and good cause having been shown;

IT IS THIS 15th day of September 2017 hereby ORDERED THAT:

(a) Plaintiff and Defendant are to submit their dispute to arbitration with the AAA in accordance with the parties' written agreement to arbitrate; and

(b) it is further ORDERED that Plaintiff's claims in the above captioned matter are stayed pending resolution of his claims in arbitration.

                                IT IS SO ORDERED

*Ordered that this matter is administratively terminated*

                                _____
                                The Honorable Freda L. Wilson

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| /s/ Edward B. Geller | /s/ Aaron R. Easley |
| Edward B. Geller, Esq. P.C. Of Counsel to M. HARVEY REPHEN & ASSOCIATES, P.C. | Aaron R. Easley |
| 15 Landing Way | Sessions, Fishman, Nathan & Israel |
| Bronx, New York 10464 | 3 Cross Creek Drive, |
| (914)473-6783 | Flemington, NJ 08822-4938 |
| epbh@aol.com | (908)237-1660 |
| *Attorney for Plaintiff* | aeasley@sessions.legal |
| | *Attorney for Defendant* |